UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-267-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| ANTWON QUARTEZ OBEY | : | |

This cause is before the Court on the United States' Motion to Dismiss the Indictment based on the addition of this defendant as a co-defendant to the defendant in United States v. Corey Carroll, 7:12-CR-00057-F, which charges the defendant with the same conduct which forms the basis of this Indictment. Therefore, for good cause shown, the Superseding Indictment in the above-captioned case is hereby dismissed as to this defendant only.

This the 21st day of May 2013.

MALCOLM J. HOWARD
Senior United States District Judge